IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRYAN L. SUMERLIN, #236844, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv562-WHA |
| RICHARD ALLEN, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #11), entered on October 4, 2006, the court adopts the Recommendation, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

DONE this 24th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE